Osborn and Another *v.* Ellis and Another.

An administrator is required to give bond to enjoin a judgment at law against his intestate.

ERROR to the *Daviess* Circuit Court.

*Monday, November 26.*

Blackford, J.—*Ellis* and *Ellis* sued *Osborn* and *Crawford* in debt. General demurrer to the declaration, and judgment for the plaintiffs.

The suit is founded on an injunction-bond; and whether the bond is valid or not is the only question.

*Ellis* and *Ellis* obtained a judgment for a certain sum of money against one *Head.* Afterwards, *Head* died, and *Osborn* became his administrator. *Osborn* obtained an injunction of that judgment, and gave the bond in question in his individual capacity. *Crawford* was his surety.

It is contended that *Osborn*, being an administrator, was not bound to give the bond; but we think otherwise. The statute requires a bond to be given in all cases where judgments at law are enjoined; and we have no authority to except administrators.

*Per Curiam.*—The judgment is affirmed with costs.

*E. S. Terry*, for the plaintiffs.

*J. S. Watts*, for the defendants.